IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TRAVELERS INDEMNITY COMPANY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **06-455-DRH** |
| ) | |
| **GENERAL MEDICINE PC, and** ) | |
| **JAMIE J. MONKE,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is defendant General Medicine's Motion to Quash Depositions. **(Doc. 42)**. This motion was filed on May 11, 2007, at 4:17 p.m., more than an hour after the court had granted plaintiff's Motion to Compel Depositions.[1]

Defendant's motion relates to the same depositions that were the subject of plaintiff's Motion to Compel Depositions. In granting plaintiff's motion, the court ordered as follows: "**Defendant General Medicine shall produce the witnesses for deposition on May 16, 2007, pursuant to the outstanding notices, or shall set a date no later than June 8, 2007, on which the depositions can be taken. Counsel for all parties shall cooperate to identify such a date.**" See Doc. 41, p. 3.

Upon consideration and for good cause shown, defendant General Medicine's Motion to Quash Depositions **(Doc. 42)** is **DENIED**.

---

[1] Defendant failed to submit a proposed order in conjunction with its motion. See, Section 2.10 of the Revised ECF User's Manual, which is published on the District's website.

**IT IS SO ORDERED.**

**DATE: May 15, 2007.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
