# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRAVELERS INDEMNITY COMPANY,**

**Plaintiff,**

**v.**

**GENERAL MEDICINE, P.C., a corporation,
and JAMIE J. MONKE, individually,**

**Defendants.**                                                   No. 06-cv-0455-DRH

## ORDER

**HERNDON, District Judge:**

       Pending before the Court is Defendant General Medicine, P.C.'s motion for extension of time to file answer (Doc. 49). Said motion is **GRANTED**. The Court **ALLOWS** General Medicine, P.C. up to and including June 30, 2007 to respond to Plaintiff's Amended Complaint.

       **IT IS SO ORDERED.**

       Signed this 30th day of May, 2007.

       /s/     David   RHerndon
       **United States District Judge**