IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TRAVELERS INDEMNITY COMPANY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil No.  **06-455-DRH** |
| ) | |
| **GENERAL MEDICINE PC, and** ) | |
| **JAMIE J. MONKE,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the court is Defendant General Medicine, P.C.'s Motion to Quash Notices of Depositions and Motion for Protective Order.  **(Doc. 46)**.

Defendant seeks an order quashing the notices of depositions of three of its employees, Sansovich, Kamiski, and Wrona.  These depositions were the subject of earlier motions; on May 11, 2007, this court ordered that the witnesses be produced for deposition by June 8, 2007.  **See, Doc. 41.**

The depositions are now scheduled for May 31, 2007.  General Medicine seeks an order quashing the notices because, it says, on May 15, 2007, it "confessed the allegations contained in [the] Second Amended Complaint which concern [Travelers] denial of any obligation to tender a defense and indemnify General Medicine..."  **Doc. 46, ¶1.**  General Medicine further states that it "has admitted that Travelers Indemnity Company *does not* have said duty."  **Doc. 46, ¶3**.

The court is, frankly, mystified.  General Medicine has not filed any pleading with this court in which it that confesses that Travelers does not have any duty to defend or indemnify it

1

on Dr. Monke's workers compensation claim.

Upon consideration and for good cause shown, Defendant General Medicine, P.C.'s Motion to Quash Notices of Depositions and Motion for Protective Order **(Doc. 46)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED: May 30, 2007.**

           **s/ Clifford J. Proud**
           **CLIFFORD J. PROUD**
           **U. S. MAGISTRATE JUDGE**