# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRAVELERS INDEMNITY COMPANY,**

    **Plaintiff,**

v.                                              **CIVIL ACTION NO. 06-CV-455 DRH**

**GENERAL MEDICINE, P.C.,**
a Corporation; and **JAMIE J.**
**MONKE, Individually**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant General Medicine, P.C.'s Motion for Judgment on the Pleadings

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED.** Judgment is entered in favor of Plaintiff **TRAVELERS INDEMNITY COMPANY** and against Defendants **GENERAL MEDICINE, P.C.** and **JAMIE J. MONKE**. Travelers Indemnity Company has no duty to defend or indemnify General Medicine, P.C. under Policy No. 6KUB-7363A755 for claims filed against it by Jamie J. Monke regarding the events arising from her alleged injury occurring on

or about January 15, 2005.----------------------------------------------------------------------------------------

                                                  **NORBERT G. JAWORSKI, CLERK**

September 10, 2007                                     BY:   /s/Patricia Brown
                                                                                Deputy Clerk

APPROVED: /s/     DavidRHerndon
                    **U.S. DISTRICT JUDGE**