## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRAVELERS INDEMNITY**
**COMPANY,**

      **Plaintiff,**

v.                                                                        CIVIL ACTION NO. 06-CV-455 DRH

**GENERAL MEDICINE, P.C.,**
**a Corporation; and JAMIE J.**
**MONKE, Individually,**

      **Defendants.**

### AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant General Medicine, P.C.'s Motion for Judgment on the Pleadings.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED.** Judgment is entered in favor of Plaintiff **TRAVELERS INDEMNITY COMPANY** and against Defendants **GENERAL MEDICINE, P.C.** and **JAMIE J. MONKE**. Travelers Indemnity Company has no duty to defend or indemnify General Medicine, P.C. under Policy 6KUB-7363A755 for claims filed against it by Jamie J. Monke regarding the events arising from her alleged injury occurring on or about February 15, 2005.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is awarded costs in the amount of $6,299.53.

**NORBERT G. JAWORSKI, CLERK**

October 16, 2007              BY:    /s/Patricia Brown
                                          Deputy Clerk

APPROVED: /s/      DavidRHerndon
              **U.S. DISTRICT JUDGE**